AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Carnes, Julie E. | 2. Court or Organization<br><br>Northern District, Georgia | 3. Date of Report<br><br>05/12/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>2167 U.S. Courthouse<br>75 Spring St. SW<br>Atlanta, GA 30303 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 MAY 14 AM 11:14 FINANCIAL DISCLOSURE OFFICE

Carnes, Julie E.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | ☐ - lawyer - self-employed; partner in law firm |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Associated Credit Union | A | Interest | M | T | | | | | |
| 2. Regions Bank | D | Interest | M | T | | | | | |
| 3. SunTrust Bank (various accounts) | C | Interest | N | I | | | | | |
| 4. SunTrust Bank Trustee | A | Interest | J | T | | | | | |
| 5. Wachovia Bank | A | Interest | L | T | | | | | |
| 6. ING | D | Interest | M | T | | | | | |
| 7. Schwab One Money Market | D | Interest | M | T | | | | | |
| 8. Columbia Co. GA Wtr & Swr Rev Due 06/01/2015 | B | Interest | L | T | | | | | |
| 9. Municipal Elec Auth GA Due 11/01/2013 | D | Interest | M | T | | | | | |
| 10. Countrywide Bank (formerlyTreasury Bank, NA) | B | Interest | | | Redeemed | 08/26/09 | L | A | |
| 11. First Bank | C | Interest | L | T | | | | | |
| 12. Prudential Life Insurance Company Annuity | A | Dividend | O | T | | | | | |
| 13. Georgia St Ser D Maty: 07/01/2009 | A | Interest | | | Redeemed | 07/01/09 | K | A | |
| 14. Cobb Co GA DV AU UNV Maty: 07/15/2009 | A | Interest | | | Redeemed | 07/01/09 | K | A | |
| 15. Georgia Hsg & Fin AU Maty: 12/01/2010 | A | Interest | K | T | | | | | |
| 16. Coweta Cnty GA Sch Sys Maty: 02/01/2011 | A | Interest | | | Sold | 03/10/09 | L | B | |
| 17. Georgia St Ser F Maty: 11/01/2011 | A | Interest | | | Sold | 03/10/09 | L | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Municap Elec Auto GA Maty: 01/01/2012 | D | Interest | M | T | | | | | |
| 19. Georgia HSG & FIN AU Maty: 06/01/2012 | C | Interest | M | T | | | | | |
| 20. Savannah GA HSP AU Maty: 07/01/2012 | D | Interest | M | T | | | | | |
| 21. Fayette Co. GA Sch DT Maty: 09/01/2010 | A | Interest | L | T | | | | | |
| 22. Lowndes Cnty GA Pub Facs Maty: 06/01/2013 | B | Interest | L | T | | | | | |
| 23. GA H & F AU Single Fam Mtg Sr. A, Subsr A-2-AMT due 6/1/14 | B | Interest | K | T | | | | | |
| 24. Liberty Co. GA Hosp Auth Maty: 08/01/2014 | B | Interest | K | T | | | | | |
| 25. GA H & F AU Single Fam Mtg Sr. A, Subsr A-2-AMT due 6/1/15 | B | Interest | K | T | | | | | |
| 26. Gwinnett Co.GA Wtr&Swr Maty: 08/01/2015 | C | Interest | M | T | | | | | |
| 27. GA Hsg&Fin AU Single Fam Mtg Sr.A, Subsr A-2-AMT due 6/1/16 | B | Interest | K | T | | | | | |
| 28. Fayette Co. GA Sch DT Maty: 03/01/2017 | A | Interest | K | T | | | | | |
| 29. Cobb Cnty GA Dev Auth Rev Ser A CIFG due 7/15/17 | B | Interest | L | T | | | | | |
| 30. Gainesville GA Wtr & Sew Rev Maty: 11/15/2017 | B | Interest | M | T | | | | | |
| 31. Savannah GA Hosp Auth Rev Maty: 07/01/2018 | A | Interest | | | Sold | 01/30/09 | J | A | |
| 32. Savannah GA Hosp Auto Rev Maty: 07/01/2018 | A | Interest | J | T | | | | | |
| 33. Silverton Bank | A | Interest | | | Redeemed | 01/12/09 | L | | |
| 34. Capital One Bank VA | B | Interest | L | T | | | | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Schwab Money Market Fund | A | Dividend | M | T | | | | | |
| 36. American Fund (AMCAP Fund) | A | Dividend | J | T | | | | | |
| 37. American Fund (Washington Mutual Inv.) | A | Dividend | J | T | | | | | |
| 38. American Fund (Capital World Bond Fund) | A | Dividend | J | T | | | | | |
| 39. American Fund (Euro Pacific Growth Fund) | A | Dividend | J | T | | | | | |
| 40. American Fund (Investment Co. of America) | A | Dividend | J | T | | | | | |
| 41. American Fund (New Perspective Fund) | A | Dividend | J | T | | | | | |
| 42. American Fund (New Economy Fund) | A | Dividend | J | T | | | | | |
| 43. Value Line Premier Growth Fund(fmly Special Situations Fund) | A | Dividend | K | T | | | | | |
| 44. Besthank | C | Interest | M | T | | | | | |
| 45. American Tax Exempt BD FD of AMER CL A | | | | | Sold | 01/05/09 | K | A | |
| 46. | E | Dividend | | | Sold | 04/30/09 | P1 | A | |
| 47. Merrill Lynch Bank | B | Interest | M | T | | | | | |
| 48. American Govt. Securities FD CL A | D | Interest | M | T | | | | | |
| 49. BB&T Bank | D | Interest | M | T | | | | | |
| 50. Phoenix AZ Ser A Maty: 7/01/21 | C | Interest | M | T | | | | | |
| 51. Kentucky ST PPTY &BLDGS 10/08/08 Nov 01/18 | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Pennsylvania ST First Ser A Nov 01/17 | D | Interest | M | T | | | | | |
| 53. Maine Mun Bd Bk Lt Ser C Nov 01/17 | D | Interest | M | T | | | | | |
| 54. Ohio ST Major New ST Infrastructure PJ Rev 1 Jun 15/16 | D | Interest | M | T | | | | | |
| 55. CMA Money Fund | A | Interest | N | T | | | | | |
| 56. ML US Treasury Money Fund | A | Interest | J | T | | | | | |
| 57. Georgia B & T NA | B | Interest | L | T | Buy | 02/19/09 | L | | |
| 58. Sterling Savings BK | B | Interest | L | T | Buy | 02/11/09 | L | | |
| 59. Homestreet Bank | B | Interest | L | T | Buy | 02/12/09 | L | | |
| 60. FNB of the South | A | Interest | K | T | Buy | 02/18/09 | K | | |
| 61. Huntington NB | B | Interest | L | T | Buy | 02/18/09 | L | | |
| 62. Capmark Bank NA | B | Interest | L | T | Buy | 02/18/09 | L | | |
| 63. Sallie Mae Bank | B | Interest | L | T | Buy | 02/18/09 | L | | |
| 64. Discover Bank NA | C | Interest | L | T | Buy | 02/18/09 | L | | |
| 65. United Commerce Bank | | | | | Buy | 02/18/09 | L | | |
| 66. | A | Interest | | | Redeemed | 11/06/09 | L | A | |
| 67. Discover Bank NA | A | Interest | K | T | Buy | 02/18/09 | K | | |
| 68. Citibank | A | Interest | J | T | Open | 01/01/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. U.S. Trsy Inflation Note APR 15 2010 | A | Interest | K | T | Buy | 01/28/09 | K | | |
| 70. U.S. Trsy Inflation Note APR 15 2011 | A | Interest | K | T | Buy | 01/28/09 | K | | |
| 71. U.S. Trsy Inflation Note APR 15 2012 | A | Interest | K | T | Buy | 01/28/09 | K | | |
| 72. The Endowment Registered Fund LP | A | Dividend | O | T | Buy | 07/30/09 | N | | |
| 73. First Eagle Overseas CL I | | | | | Buy | 10/27/09 | K | | |
| 74. | B | Dividend | K | T | Buy | 12/01/09 | J | | |
| 75. First Eagle Gold CL I | | | | | Buy | 10/27/09 | K | | |
| 76. | A | Dividend | K | T | Buy | 12/01/09 | J | | |
| 77. Ivy Global Natural Resources FD CL I | | | | | Buy | 10/27/09 | K | | |
| 78. | A | Dividend | K | T | Buy | 12/01/09 | J | | |
| 79. Pimco Unconstrained Bond Fund CL P | | | | | Buy | 10/27/09 | L | | |
| 80. | C | Dividend | K | T | Buy | 12/01/09 | K | | |
| 81. American New World Fund CL F2 | | | | | Buy | 10/27/09 | K | | |
| 82. | A | Dividend | K | T | Buy | 12/01/09 | J | | |
| 83. T Rowe Price Health Sciences FD Retail Class | | | | | Buy | 10/27/09 | K | | |
| 84. | A | Dividend | K | T | Buy | 12/01/09 | J | | |
| 85. Oppenheimer Developing Markets FD CL A | | | | | Buy | 10/27/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | A | Dividend | K | T | Buy | 12/01/09 | J | | |
| 87. Templeton Glbl Bond FD ADV CL | | | | | Buy | 10/27/09 | L | | |
| 88. | | | M | T | Buy | 12/01/09 | K | | |
| 89. Blackrock Global Allocation FD Inc INSTL | | | | | Buy | 10/27/09 | K | | |
| 90. | A | Dividend | K | T | Buy | 12/01/09 | J | | |
| 91. Eaton Vance Glbl Macro Absolute Return CL I | C | Dividend | L | T | Buy | 12/01/09 | L | | |
| 92. Goldman Sachs Absolute Return Tracker FD CL A | A | Dividend | L | T | Buy | 12/01/09 | L | | |
| 93. Washington Cnty Ore. Maty 10/1/19 | D | Dividend | M | T | Buy | 03/20/09 | M | | |
| 94. Blackrock GNMA C | A | Dividend | K | T | Buy | 10/30/09 | M | | |
| 95. Eaton Vance Strategic Income Fund | A | Dividend | K | T | Buy | 10/30/09 | K | | |
| 96. Lord Abbett Short Duration Income Fund | A | Dividend | K | T | Buy | 10/30/09 | K | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/12/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544